In the Matter of the Intermediate Accounting of SECURITY TRUST COMPANY OF ROCHESTER, as Trustee of an Express Trust under a Declaration of Trust, Made and Executed by CHARLES M. THOMS and Others. JANET T. INGERSOLL, Appellant; SECURITY TRUST COMPANY OF ROCHESTER, Respondent. (And Seven Other Proceedings.) —

Present — Del Vecchio, J. P., Marsh, Witmer and Bastow, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. CLARENCE FREEMAN, Appellant.—

Present —
Goldman, P. J., Del Vecchio, Witmer, Bastow and Henry, JJ.